**Joann M. REYNOLDS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2010–3022.

United States Court of Appeals, Federal Circuit.

Dec. 17, 2009.

Joann M. Reynolds, North Richlandhill, TX, pro se.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Tywanna GARDNER, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2010–3017.

United States Court of Appeals, Federal Circuit.

Dec. 17, 2009.

Tywanna Gardner, Gwynn Oak, MD, pro se.

Vincent D. Phillips, Department of Justice, Washington, DC, for Respondent.

*ORDER*

On October 19, 2009, the court issued a letter allowing Tywanna Gardner ("Gardner") 21 days to notify this court if she had dismissed her petition for review before the Board. Gardner has failed to respond within the time allowed.

Accordingly,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.